Ernest H. Stratmeyer, Plaintiff, v. Champion Life Insurance Company, Defendant, v. Charles F. Sanborn, Third Party Defendant.

Gen. No. 65–7. 

Fifth District.
March 17, 1966.

McGrady and Madden, of Gillespie (Denis A. McGrady, of counsel), for appellant; Drach, Terrell & Deffenbaugh, of Springfield, for appellee. Opinion PER CURIAM. Not to be published in full.